Prob 35
(3/98)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

MARQUETTE EVANS

Crim. No. 2:03CR20349-02

On February 12, 2004, Marquette Evans was placed on Probation for a period of two (2) years. He has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Michelle R. Sims
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Dated this ___11___ day of ___May___, 20_05_.

United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __5-16-05__

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:03-CR-20349 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT